UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BIVONA & COHEN, P.C., and
JOSEPH V. FIGLIOLO,                                   Index No.: 08/4441

                Plaintiff,        **NOTICE OF APPEARANCE**

- against –


WINDY RICHARDS aka WINDY OGANDO,

                Defendant.


------------------------------------------------------------------X


TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned attorneys are of the law offices of Gordon & Rees LLP, and hereby files this NOTICE OF APPEARANCE in the above-referenced action as counsel for Plaintiff JOSEPH V. FIGLIOLO, in this matter, and requests that copies of all briefs, motions, orders, correspondence and other papers being electronically served upon:

        Diane Krebs, Esq. (DK 8280)
        Attorneys for Defendants
        Gordon & Rees, LLP
        90 Broad Street, 23rd Floor
        New York, New York 10004


Dated: New York, New York
       May 13, 2008

Respectfully submitted,

GORDON & REES, LLP

By: *Diane Krebs*
    Diane Krebs, Esq. (DK 8280)
    Attorneys for Plaintiff
    JOSEPH V. FIGLIOLO
    90 Broad Street, 23rd Floor
    New York, New York 10004
    (212) 269-5500

To:    Jonathan S. Abady
    Mariann Meier Wang
    Matthew D. Brinckerhoff
    Katherine Rosenfeld
    Emery Celli Brinckerhoff & Abady, LLP
    75 Rockefeller Plaza, 20th Floor
    New York, New York 10019

    JOSEPH & HERZFELD, LLP
    757 Third Avenue, 25th Floor
    New York, New York 10017

    *Attorneys for Defendant Windy Richards*

    Ronald S. Green
    EPSTEIN BACKER & GREEN, P.C.
    250 Park Avenue
    New York, New York 10177-1211

    Joan M. Gilbride
    KAUFMAN BORGEEST & RYAN LLP
    99 Park Avenue
    New York, New York 10016

    *Attorney for Plaintiffs*