UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
BIVONA & COHEN, P.C. and
JOSEPH V. FIGLIOLO,

                 Plaintiffs,                           **NOTICE OF APPEARANCE**

   -against-

                                                   **Civil Action Nos. 08-CV-4441**
WINDY RICHARDS aka WINDY OGANDO,                    **08-CV-4433 (CM/GG)**

                 Defendant.


------------------------------------------------------------------------ x
   WINDY RICHARDS,

                Plaintiff,

   -against-


BIVONA & COHEN PC, JOSEPH V. FIGLIOLO,
JOHN BIVONA, RODERICK COYNE,
JAN MICHAEL RYFKOGEL, ANDREW SAPON,
ROBERT MACCHIA, RICHARD KUBIK,
MARLENE MONTELEONE, and
JOHN/JANE DOES 1-10,

                Defendants.
------------------------------------------------------------------------ x

To all parties and their attorneys of record:

      PLEASE TAKE NOTICE that the undersigned appears in the above referenced actions as counsel for Defendant Bivona & Cohen, P.C. and individual Defendants, John Bivona, Roderick Coyne, Jan Michael Ryfkogel, Andrew Sapon, Robert Macchia, Richard Kubik, and Marlene Monteleone.

Dated: New York, New York
       May 16, 2008

- 2 -

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

*[signature]*

Joan M. Gilbride
Attorneys for Bivona & Cohen, P.C.,
John Bivona, Roderick Coyne, Jan Michael
Ryfkogel, Andrew Sapon, Robert Macchia,
Richard Kubik, and
Marlene Monteleone
99 Park Avenue, 19th Floor
New York, New York 10016
Telephone No.: (212) 980-9600
Facsimile: (212) 980-9261
jgilbride@kbrlaw.com

To:  Jonathan S. Abady
     Mariann Meier Wang
     Matthew D. Brinckerhoff
     Katherine Rosenfeld
     Emery Celli Brinckerhoff & Abady, LLP
     75 Rockefeller Plaza, 20th Floor
     New York, New York 10019

     Joseph & Herzfeld, LLP
     757 Third Avenue, 25th Floor
     New York, New York 10017

     *Attorneys for Windy Richards*

     Ronald S. Green
     Epstein Backer & Green, P.C.
     250 Park Avenue
     New York, New York 10177-1211

     *Attorneys for Bivona & Cohen and Joseph V. Figliolo*

     Diane Krebs
     Gordon & Rees, LLP
     90 Broad Street, 23rd Floor
     New York, New York 10004
     (212) 269-5500

     *Attorneys for Joseph V. Figliolo*