EPSTEIN BECKER & GREEN, P.C.
Ronald M. Green
Brian G. Cesaratto
250 Park Avenue
New York, New York  10177-0077
(212) 351-4500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| BIVONA & COHEN P.C. and JOSEPH V. FIGLIOLO, | ORIGINAL FILED VIA ECF |
| Plaintiffs, | CV 08 4441 |
| - v. - | **NOTICE OF APPEARANCE** |
| WINDY RICHARDS a/k/a WENDY OGANDO, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance as counsel in this case for Plantiff Bivona & Cohen P.C.  Please serve all papers and electronic notifications related to this action on the undersigned.

Dated: New York, New York
       May 22, 2008

EPSTEIN BECKER & GREEN, P.C.

By:  /s/ Ronald M. Green
     Ronald M. Green

250 Park Avenue
New York, New York  10177-1211
(212) 351-4500
rgreen@ebglaw.com

Attorneys for Plaintiff
Bivona & Cohen P.C.

NE:341296v1