McMAHON, J

EPSTEIN BECKER & GREEN, P.C.
Ronald M. Green
Brian G. Cesaratto
250 Park Avenue
New York, New York 10177-0077
(212) 351-4500

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
BIVONA & COHEN P.C. and JOSEPH V. FIGLIOLO,

       Plaintiffs,

- v. -

WINDY RICHARDS a/k/a WENDY OGANDO,

       Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORIGINAL FILED VIA ECF

CV 08 4441 (CM)

ORDER OF TERMINATION OF APPEARANCE OF RONALD M. GREEN, BRIAN G. CESARATTO, AND EPSTEIN BECKER & GREEN, P.C. ON BEHALF OF BIVONA & COHEN P.C.

Plaintiff BIVONA & COHEN P.C., through its counsel, Epstein Becker & Green, P.C., ("EBG") hereby requests pursuant to Local Civil Rule 1.4 that the Appearance of Ronald M. Green and Brian G. Cesaratto as counsel on their behalf be terminated.

BIVONA & COHEN P.C is represented by other counsel in this action. This action is in the Pleading stage and has not been placed on the trial calendar, thus this withdrawal will not affect the posture of this case.

Dated: New York, New York
   June 16, 2008

EPSTEIN BECKER & GREEN, P.C.

By: _____
   Ronald M. Green
   rgreen@ebglaw.com

SO ORDERED: _____
      USDJ

DATED: 6/18/08

EPSTEIN BECKER & GREEN, P.C.
Ronald M. Green
Brian G. Cesaratto
250 Park Avenue
New York, New York 10177-0077
(212) 351-4500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
BIVONA & COHEN P.C. and JOSEPH V. : **ORIGINAL FILED VIA ECF**
FIGLIOLO, :
                Plaintiffs, : CV 08 4441
:
: **AFFIRMATION PURSUANT TO**
        - v. - : **RULE 1.4 IN SUPPORT OF**
: **TERMINATION OF**
: **APPEARANCE OF RONALD M.**
: **GREEN, BRIAN G.**
WINDY RICHARDS a/k/a WENDY OGANDO, : **CESARATTO, AND EPSTEIN**
                Defendant. : **BECKER & GREEN, P.C. ON**
------------------------------------- x **BEHALF OF BIVONA &**
                                                              **COHEN P.C.**

State of New York )
                   ) ss:
County of New York )

       Ronald M. Green, an attorney admitted to practice before this court affirms and states that:

       1.    I make this affirmation pursuant to Local Rule 1.4 of the Civil Rules of the Southern and Eastern District Courts in support of Plaintiff, Bivona & Cohen, P.C.'s request that the Court issue an order terminating the appearance of Ronald M. Green, Brian G. Cesaratto, and Epstein Becker & Green, P.C. We represent Bivona & Cohen, P.C.

       2.    Bivona & Cohen, P.C. have been, and continue to be, represented by Joan Gilbride and the law firm of Kaufman Borgeest & Ryan LLP ("Kaufman").

NE:345967v1

3. Kaufman has consented to this termination of appearance and will continue to represent Bivona & Cohen, P.C. in this matter. There will be no prejudice to Bivona & Cohen, P.C. as a result of this termination of appearance.

4. The termination of appearance will not cause delay or otherwise materially change the posture of the proceedings.

Dated: New York, New York
       June 16, 2008

                                EPSTEIN BECKER & GREEN, P.C.

                                By: _____
                                    Ronald M. Green
                                    rgreen@ebglaw.com
                                    Brian G. Cesaratto
                                    bcesaratto@ebglaw.com
250 Park Avenue
New York, New York 10177-1211
(212) 351-4500
(212) 661-0989 (fax)
*Attorneys for Plaintiff Bivona & Cohen, P.C.*