UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————X

WINDY RICHARDS,

                    Plaintiff,

          v.

BIVONA & COHEN, P.C. JOSEPH FIGLIOLO,
JOHN BIVONA, RODERICK COYNE, JAN
MICHAEL RYFKOGEL, ANDREW SAPON,
ROBERT MACCHIA, RICHARD KUBIK,
MARLENE MONTELEONE, and JOHN/JANE
DOES 1-10,

                    Defendants.

————————————————————————X
————————————————————————X

BIVONA & COHEN, P.C. and
JOSEPH FIGLIOLO,

                    Plaintiffs,

          v.

WINDY RICHARDS aka WINDY OGANDO,

                    Defendant.

————————————————————————X

08 CIV 4433 (CM)(GWG)

08 CIV 4441 (CM)(GWG)

SDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/18/08__

## STIPULATION

          IT IS HEREBY STIPULATED and agreed by the undersigned counsel of record that

the above two matters shall be consolidated for all purposes, including discovery and trial.

          IT IS FURTHER STIPULATED and agreed that all filings for these matters will be

made under the caption bearing index number 08 CIV 4433.

731026

IT IS FURTHER STIPULATED and agreed that one case management plan will apply

to both of these consolidated matters as set forth in the attached document.

Dated: June 16, 2008

Jonathan Abady
Mariann Wang
Katherine Rosenfeld
Emery Celli Brinckerhoff & Abady LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019
(212) 763-5000
Attorneys for Plaintiff

John M. Gilbride
Kaufman Borgeest & Ryan LLP
99 Park Avenue, 19th Floor
New York, NY 10016
(212) 980-9600
Attorneys for Bivona & Cohen, P.C., John
Bivona, Roderick Coyne, Jan Michael
Ryfkogel, Andrew Sapon, Robert Macchia,
Richard Kubik, and Marlene Monteleone

Diane Krebs
Mercedes Colwin
Gordon & Rees
90 Broad Street, 23rd Floor
New York, NY 10004
(212) 269-5500
Attorneys for Defendant Joseph Figliolo

So Ordered:

Hon. Colleen McMahon

6-18-08

2