|  | USDS SDNY |
|---|---|
|  | DOCUMENT |
|  | ELECTRONICALLY FILED |
|  | DOC #: _____ |
|  | DATE FILED: 7/7/08 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
WINDY RICHARDS,

      Plaintiff,

  - v. -

BIVONA & COHEN P.C., JOSEPH FIGLIOLO,
JOHN BIVONA, RODERICK COYNE, JAN
MICHAEL RYFKOGEL, ANDREW SAPON,
ROBERT MACCHIA, RICHARD KUBIK,
MARLENE MONTELEONE, and JOHN/JANE
DOES 1-10,

      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
BIVONA & COHEN P.C. and JOSEPH V.
FIGLIOLO,

      Plaintiffs,

  - v. -

WINDY RICHARDS a/k/a WENDY OGANDO,

      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CV 08 4433 (CM)(GWG)

CV 08 4441 (CM)(GWG)

**STIPULATION**

  IT IS HEREBY STIPULATED and agreed that defendants' claims against Windy Richards for *prima facie tort*, tortious interference with prospective business relations and intentional infliction of emotional distress are hereby dismissed with prejudice.

Dated: July 1, 2008

_Mariann Wang_
Jonathan S. Abady
Mariann Meier Wang
Katherine Rosenfeld
Emery Celli Brinckerhoff & Abady LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019
(212) 763-5000
Attorneys for Plaintiff

_Joan Gilbride_
Joan M. Gilbride
Kaufman Borgeest & Ryan LLP
99 Park Avenue, 19th Floor
New York, NY 10016
(212) 980-9600
Attorneys for Bivona & Cohen, P.C., John
Bivona, Roderick Coyne, Jan Michael
Ryfkogel, Andrew Sapon, Robert Macchia,
Richard Kubik, and Marlene Monteleone

741644

*[signature: Diane Krebs]*

Diane Krebs
Gordon & Rees LLP
90 Broad Street, 23rd Floor
New York, NY 10004
(212) 269-5500
Attorneys for Defendant Joseph Figliolo

So Ordered:

*[signature]*

Hon. Colleen McMahon

7-7-08

741644                                   2